IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOSHUA TERRELL BELL                                                                                    PLAINTIFF

v.                                    Case No. 6:24-cv-6032

FIELD MAJOR TRISTAN HEAD                                                                         DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed June 26, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 19. Judge Comstock recommends that Plaintiff's complaint be dismissed without prejudice for failure to comply with the Court's orders and failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 19) *in toto*. Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 25th day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge